MCGREGOR W. SCOTT
United States Attorney

GOUD P. MARAGANI
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6513
Facsimile: (202) 307-0054
E-mail: Goud.P.Maragani@usdoj.gov
       Amy.T.Matchison@usdoj.gov
       Western.Taxcivil@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. CARMACK and ANA MARIA, SCOTT,<br>          Plaintiffs,<br>    v.<br>UNITED STATES OF AMERICA,<br>          Defendant. | No. 1: 06-CV-00378-OWW-DLB<br><br>ORDER |

THE COURT, having considered the parties' Stipulation for Extension of Deadlines and the entire file herein, and good cause being shown therefore, hereby ORDERS that:

1. Discovery is to be completed by July 23, 2007;

2. Non-dispositive motion filing deadline is August 10, 2007;

3. Dispositive motion filing deadline is August 20, 2007; and

4. Settlement conference is scheduled for July 26, 2007 at 11:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

**Dated:   May 26, 2007**      **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE