J. Nile Kinney (Bar No. 108433)
Thomas A. Crear (Bar No. 73607)
**LeBeau • Thelen, LLP**
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California  93389-2092
Tele: (661) 325-8962; Fax (661) 325-1127

Attorneys for Plaintiffs, MICHAEL W. CARMACK
and ANA MARIA SCOTT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. CARMACK and ANA MARIA SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO.   1:06-cv-0378-OWW-DLB<br><br>STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TIME FOR FILING JOINT PRE-TRIAL CONFERENCE STATEMENT AND ORDER<br><br>Pre-Trial Conf. Date: September 4, 2007<br>Time: 11:00 a.m.<br>Courtroom:  #3 (7th Floor)<br><br>Case Filed:      April 5, 2006<br><br>Trial Date:      October 23, 2007 |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, BY AND THROUGH THEIR COUNSEL OF RECORD, that:

1. Subject to final approval by the United States, the parties to this action have agreed on the terms of a settlement, which are set forth in the countersigned letter dated August 23, 2007 from defendant's counsel, Mr. Goud P. Maragani to plaintiffs' counsel, Mr. J. Nile Kinney, a true and correct of which is attached hereto as Exhibit "A."

2. The parties request that all pending pre-trial dates, including the filing deadline for the parties' joint pre-trial conference statement (currently due for filing on August 27, 2007), be continued for a period of thirty days, to allow for the United States' final approval of the settlement, and any further

1

documentation of it.

Dated: August 24, 2007                LeBEAU • THELEN, LLP


/s    J. NILE KINNEY
LeBEAU • THELEN, LLP
5001 E. Commercenter Dr., Suite 300
Bakersfield, CA 93309
Tele: (661) 325-8962; Fax: (661) 325-1127
e-mail: jnkinney@lebeauthelen.com

Attorneys for Plaintiffs MICHAEL W. CARMACK and ANA MARIA SCOTT
Bar No. 108433

Dated: August 24, 2007                McGREGOR W. SCOTT
United States Attorney
GOUD P. MARAGANI
Trial Attorney, Tax Division


/s    GOUD P. MARAGANI
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tele: (202) 514-6513
e-mail: Goud.P.Maragani@usdoj.gov

Attorneys for Defendant UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

1.    The filing deadline for the parties' Joint Pre-Trial Conference Statement is extended from August 27, 2007 to September 26, 2007.

2.    The Pre-Trial Conference scheduled for September 4, 2007 is continued to October 4, 2007, at 11:00 a.m., in Courtroom 3, 7th Floor, of the above-entitled Court.

IT IS SO ORDERED.

**Dated:   August 27, 2007**                /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TIME FOR FILING JOINT PRE-TRIAL CONFERENCE STATEMENT AND ORDER [PROPOSED]