MCGREGOR W. SCOTT
United States Attorney

GOUD P. MARAGANI
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6513
Facsimile: (202) 307-0054
E-mail: Goud.P.Maragani@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. CARMACK and ANA MARIA, SCOTT, <br>           Plaintiffs, <br><br>     v. <br><br> UNITED STATES OF AMERICA, <br><br>           Defendant. | No. 1: 06-CV-00378-OWW-DLB <br><br> STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES |

      IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, BY AND THROUGH THEIR COUNSEL OF RECORD, that:

1. The parties have settled this lawsuit. The parties will file a stipulation to dismiss this lawsuit when payment, pursuant to the settlement agreement, has been made to the plaintiffs.

2. The parties request that all pending pre-trial dates, including the filing deadline for the parties' joint pre-trial conference statement (currently due for filing on September 26, 2007), be continued for a period of ninety days, to allow time for the IRS to schedule the payment required by the settlement agreement to the plaintiffs.

Dated this 26th day of September, 2007.

              McGREGOR W. SCOTT
              United States Attorney

              /s/ Goud Maragani
              GOUD P. MARAGANI
              Trial Attorneys, Tax Division
              United States Department of Justice
              P.O. Box 683, Ben Franklin Station
              Washington, DC  20044-0683
              Telephone: (202) 307-6513
              Facsimile:  (202) 307-0054

              Attorney for United States of America

              /s/ J. Nile Kinney
              J. NILE KINNEY
              LeBeau Thelen LLP
              5001 E. Commercenter Dr.
              Suite 300
              Bakersfield, CA 93309

              Attorney for Plaintiffs

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

1. The filing deadline for the parties' Joint Pre-Trial Conference Statement is extended from September 26, 2007 to December 27, 2007.

2. The Pre-Trial Conference scheduled for October 4, 2007 is continued to January 7, 2008, at 11:00 a.m., in Courtroom 3, 7th Floor, of the above-entitled Court.

3. The Trial currently scheduled for October 23, 2007 is continued to February 26, 2008 at 9:00 a.m. in Courtroom 3, 7th Floor, of the above-entitled Court.

IT IS SO ORDERED.

**Dated: September 27, 2007**    /s/ Oliver W. Wanger
                  UNITED STATES DISTRICT JUDGE