MCGREGOR W. SCOTT
United States Attorney

GOUD P. MARAGANI
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6513
Facsimile: (202) 307-0054
E-mail: Goud.P.Maragani@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. CARMACK and ANA MARIA, SCOTT,<br>    Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1: 06-CV-00378-OWW-DLB<br><br>STIPULATION FOR DISMISSAL |

  It is hereby stipulated and agreed that this action be dismissed with prejudice.  The parties agree to bear their own costs, including possible attorneys' fees or other expenses related to this litigation.

Dated this 7th day of December, 2007.

    McGREGOR W. SCOTT
United States Attorney

/s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6513
Facsimile:  (202) 307-0054

Attorney for United States of America


see next page
J. NILE KINNEY
LeBeau Thelen LLP
5001 E. Commercenter Dr.
Suite 300
Bakersfield, CA 93309

Attorney for Plaintiffs


ORDER

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

1. That this action is dismissed with prejudice.

2. That each party will bear its own costs, including possible attorneys' fees or other expenses related to this litigation.

IT IS SO ORDERED.

**Dated:   December 7, 2007**           /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE